# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-0069-GPC |
| Plaintiff, | |
| v. | **ORDER and JUDGMENT OF DISMISSAL** |
| JOSE ANTONIO OCHOA MEJIA, | **[ECF No. 29]** |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice as to Defendant JOSE ANTONIO OCHOA MEJIA.

**IT IS SO ORDERED.**

Dated: May 25, 2023

Hon. Gonzalo P. Curiel
United States District Judge